IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LINDA ORTIZ CARRANZA, | § § § | |
| *Plaintiff,* | § § | SA-22-CV-00025-ESC |
| vs. | § § § | |
| SHELTON & VALADEZ, P.C., | § § § | |
| *Defendant.* | § | |

### **ORDER**

Before the Court in the above-styled cause of action are the following motions pertaining to discovery: Plaintiff's Motion for Continuance [#24], Defendant's Motion to Compel Plaintiff to Attend Deposition [#25], and Plaintiff's Response and Request to Motion to Compel [#28] (which the Court construes as a Motion to Compel Depositions). By her motions, Plaintiff, who is proceeding *pro se*, asks the Court to extend the October 1, 2022 discovery deadline so that she has the opportunity to depose Defendant's representatives and to compel Wade B. Shelton, Mark A. Giltner, and Robert A. Valadez to appear for their depositions at 1:00 p.m. on October 17, 2022. Defendant's motion asks the Court to compel Plaintiff to attend her properly noticed deposition, as Plaintiff failed to appear on September 28, 2022, for the deposition.

Plaintiff and counsel for Defendant appeared before the Court on October 12, 2022, for a hearing on the motions. At the hearing, the parties agreed to conduct the deposition of Plaintiff and one corporate representative of Defendant on a date mutually agreeable to the parties before November 1, 2022. The Court finds it is not necessary to extend the discovery deadline for any other purpose but will extend the dispositive motions deadline until November 15, 2022. The

1

Court now issues the following written orders memorializing these agreements and other oral orders from the hearing:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Continuance [#24] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Compel Plaintiff to Attend Deposition [#25] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel Depositions [#28] is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff and Defendant confer on a date for the depositions of Plaintiff and a corporate representative of Defendant within the next few days, with the deposition to be held before November 1, 2022.  The topics for the Rule 30(b)(6) deposition are the law firm's policies and procedures on harassment and discrimination, including policies that address how to report and to whom to report harassment and discrimination and the firm's handling and response to such reports.  The parties are further directed to confer on how to split the costs of the court reporter for the two depositions.

**IT IS FURTHER ORDERED** that the dispositive motions deadline is extended to **November 15, 2022**.  Plaintiff's response in opposition to any dispositive motion filed is due within 14 days of the filing of the motion per Local Rule CV-7(d) of the Local Rules of the Western District of Texas.

**IT IS FINALLY ORDERED** that any relief requested in the parties' motions not granted herein is **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 13th day of October, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE