IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LINDA ORTIZ CARRANZA, | § § | |
| *Plaintiff,* | § § | SA-22-CV-00025-ESC |
| vs. | § § | |
| SHELTON & VALADEZ, P.C., | § § | |
| *Defendant.* | § § | |

# FINAL JUDGMENT

Before the Court is the above-styled cause of action. On this day, the Court granted Defendant's motion for summary judgment as to all of the claims asserted by Plaintiff in this action.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff Linda Ortiz Carranza **TAKE NOTHING** on her claims against Defendant Shelton & Valadez, P.C., and that all costs of suit are taxed against the party bearing the same.

SIGNED this 10th day of January, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE